**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YOHANN JOSE FERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-1824-HE |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On October 20, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #16], recommending respondents' motion to dismiss [Doc. #11] be granted and petitioner's habeas petition under 28 U.S.C. § 2241 [Doc. #1] be dismissed as moot. She advised the parties of their right to object to the Report and Recommendation by November 3, 2026, and the consequences for failure to make timely objection to the Report and Recommendation.

No objection has been filed. The record reflects the Report and Recommendation mailed to petitioner was returned undeliverable [Doc. #17]. However, because the Report and Recommendation was mailed to petitioner's last known address, it is deemed delivered. *See* LCvR5.4. With no timely objection filed, the right to appellate review of the factual and legal issues contained in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #16] is **ADOPTED**. The Motion to Dismiss the Petition for Writ of Habeas Corpus [Doc. #11] is **GRANTED**. The

petition for writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DISMISSED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE